UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CASSANDRA ROSS | CIVIL ACTION NO. 07-CV-00732 |
| versus | JUDGE HICKS |
| WEYERHAEUSER CO | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM RULING**

Before the Court is Defendant's Motion to Dismiss [Doc. No. 32] pursuant to Fed.R.Civ.P. 41(b). Plaintiff has not opposed the motion.

Plaintiff filed the instant matter on April 26, 2007 seeking damages for alleged employment discrimination and retaliation. On February 26, 2008, the Court granted Defendant's Motion to Compel [Doc. No. 28] and ordered the Plaintiff to respond to discovery no later than March 10, 2008. [Doc. No. 31]. Plaintiff has yet to respond or to take any other step in the prosecution of her lawsuit. She did not even oppose the instant motion to dismiss.

Fed.R.Civ.P. 41(b) provides that a defendant may move for involuntary dismissal for failure of the plaintiff to comply with any order of the court. Gonzalez v. Trinity Marine Group, Inc., 117 F.3d 894, 898 (5th Cir. 1997). The jurisprudence specifically provides that a district court may dismiss a complaint when a plaintiff fails to timely comply with an order compelling discovery. Juul v. Federal Express, 260 F.3d 622, 622 (5 th Cir. 2001).

In the instant matter, the Court ordered Plaintiff to respond to discovery by March 10, 2008. Almost three months later, Plaintiff has yet to comply. Accordingly, considering the Plaintiff's failure to prosecute her claims or to comply with this Court's Order, the Court finds that involuntary dismissal pursuant to Rule 41(b) is appropriate.

Therefore:

**IT IS ORDERED** that Plaintiff's claims be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 3rd day of June, 2008.

                                                S. MAURICE HICKS, JR.
                                                UNITED STATES DISTRICT JUDGE